AO 245D (Rev. 9/00)  - Judgment in a Criminal Case for Revocation

# United States District Court
## Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>CLEMENTE HERNANDEZ-GARCIA | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses Committed On or After November 1, 1987)<br><br>USDC Case Number: CR-09-00097-001 JW<br>BOP Case Number: DCAN509CR000097-001<br>USM Number:       11060-11<br>Defendant's Attorney :Cynthia Lie |

**THE DEFENDANT:**

[**x**]    admitted guilt to violation of condition(s) ONE AND TWO  of the term of supervision.

[ ]    was found in violation of condition(s) __ after denial of guilt.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| ONE | The offender violated mandatory condition which states that while defendant is on supervised release pursuant to this judgment, the defendant shall not commit another federal, state or local crime | December 25, 2011 |
| TWO | There is probable cause to believe that the offender violated special condition number one which requires him to comply with the rules and regulations of the Immigration and Naturalization Services now known as Bureau of Immigrations and Customs Enforcement (BICE) | December 25, 2011 |

       The defendant is sentenced as provided in pages 2 through  2  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]    The defendant has not violated condition(s)  __  and is discharged as to such violation(s) condition.

       IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

2/25/2013

Date of Imposition of Judgment

Signature of Judicial Officer

Honorable Edward J. Davila, U. S.  District Judge

Name & Title of Judicial Officer

2/26/2013

Date

AO 245B (Rev.  12/03) (CAND Rev. 3/07) Judgment in a Criminal Case Sheet 2 - Imprisonment

| | | |
|---|---|---|
| DEFENDANT: | CLEMENTE HERNANDEZ-GARCIA | Judgment - Page 2  of  2 |
| CASE NUMBER: | CR-09-00097-001 JW | |

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 21 MONTHS to run concurrently with the term imposed in CR-12-00077-EJD. No further term of supervised release to follow.

[ ]    The Court makes the following recommendations to the Bureau of Prisons:

[**x**]    The defendant is remanded to the custody of the United States Marshal. The appearance bond is hereby exonerated.

[ ]    The defendant shall surrender to the United States Marshal for this district.

     [ ]  at ___ [] am [] pm on ___.
     [ ] as notified by the United States Marshal.

     The appearance bond shall be deemed exonerated upon the surrender of the defendant.

[ ]    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

     [ ] before  2:00 pm on ___.
     [ ] as notified by the United States Marshal.
     [ ] as notified by the Probation or Pretrial Services Office.

     The appearance bond shall be deemed exonerated upon the surrender of the defendant.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on_____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By    _____
     Deputy United States Marshal